JAMES F. WHARTON, as Administrator of the Estate of ROBERT K. WHARTON, Deceased, Appellant, *v.* POUGHKEEPSIE SAVINGS BANK, Respondent, Impleaded with Another.

Argued April 15, 1942; decided April 30, 1942.

*Borden H. Mills* for appellant.
*Earl Hawley* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.